John E. Bloomquist
James E. Brown
DONEY CROWLEY PAYNE BLOOMQUIST P.C.
P.O. Box 1185
44 West 6th Avenue
Helena, MT 59601
Phone: (406) 443-2211
Fax: (406) 449-8443
Email:     jbloomquist@doneylaw.com
           jbrown@doneylaw.com
*Local Attorney for All Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| **Doug Lair**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**David B. Gallik**, et al.,<br><br>*Defendants*. | Case No. _____<br><br>**Plaintiff Sweet Grass Council for Community Integrity's Verification** |
|---|---|

## Verification

I, Doug Lair, declare as follows:

    (a)    I am over 18 years of age.

    (b)    I am a member of the Sweet Grass Council for Community Integrity

("SGCCI"). I was also one of the founding members.

(c)   If called upon to testify, I would testify competently as to the matters set forth in SGCCI's complaint challenging Montana's campaign finance laws.

(d)   I verify under the penalty of perjury under the laws of the United States of America that the factual statements in this Verified Complaint concerning SGCCI and its past and intended activities are true and correct to the best of my knowledge and understanding.

Executed on August 24, 2011.

Doug Lair
Member,
Sweet Grass Council for Community Integrity
PO Box 1591
Big Timber, MT 59011

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434

-2-

*Lair et al. v. Gallik et al.*
Case No. _____

Pl. Doug Lair's Verification