John E. Bloomquist
James E. Brown
DONEY CROWLEY PAYNE BLOOMQUIST P.C.
P.O. Box 1185
44 West 6th Avenue
Helena, MT 59601
Phone: (406) 443-2211
Fax: (406) 449-8443
Email:     jbloomquist@doneylaw.com
           jbrown@doneylaw.com
*Local Attorney for All Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **Doug Lair**; **Steve Dogiakos**; **American Tradition Partnership**; **American Tradition Partnership PAC**; **Montana Right to Life Association PAC**; **Sweet Grass Council for Community Integrity**; **Lake County Republican Central Committee**; **Beaverhead County Republican Central Committee**; **Jake Oil LLC**; **JL Oil LLC**; **Champion Painting Inc.**; and **John Milanovich**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **David B. Gallik**, in his official capacity as Commissioner of Political Practices; **Steve Bullock**, in his official capacity as Attorney General of the State of Montana; and **Leo Gallagher**, in his official capacity as Lewis and Clark County Attorney, <br><br> *Defendants*. | Case No. _____ <br><br> **Plaintiff American Tradition Partnership's Corporate Disclosure Statement** |

Plaintiff American Tradition Partnership's Corporate Disclosure Statement           1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff American Tradition Partnership states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

DATED:  September 6, 2011.

/s/ James E. Brown
Local Attorney for All Plaintiffs